**DISMISS and Opinion Filed September 27, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00652-CV**

**SB PREMIUM, LLC D/B/A SUICIDE BUNNY, TIFFANY GRESHAM, LARRY SCOTT GRESHAM, SB PRODUCTS, SUICIDE BUNNY, AND WAGES AND WHITE LION INVESTMENTS, LLC D/B/A TRITON DISTRIBUTION, Appellants**
**V.**
**BRANDIE HARRIS, INDIVIDUALLY AND AS HEIR AND REPRESENTATIVE OF THE ESTATE OF NEIL HARRIS, AND AS NEXT FRIEND OF MINORS O.H., A.H., AND B.H., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00359**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Myers

Before the Court is appellants' motion requesting that we withdraw their notice of appeal and dismiss the appeal. We grant the motion to the extent that we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Lana Myers//
210652f.p05                   LANA MYERS
                              JUSTICE



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SB PREMIUM, LLC D/B/A
SUICIDE BUNNY, TIFFANY
GRESHAM, LARRY SCOTT
GRESHAM, SB PRODUCTS,
SUICIDE BUNNY, AND WAGES
AND WHITE LION
INVESTMENTS, LLC, D/B/A
TRITON DISTRIBUTION,
Appellants

No. 05-21-00652-CV    V.

BRANDIE HARRIS,
INDIVIDUALLY AND AS HEIR
AND REPRESENTATIVE OF THE
ESTATE OF NEIL HARRIS, AND
AS NEXT FRIEND OF MINORS
O.H., A.H., AND B.H., Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-00359.
Opinion delivered by Justice Myers.
Justices Partida-Kipness and Carlyle
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRANDIE HARRIS, INDIVIDUALLY AND AS HEIR AND REPRESENTATIVE OF THE ESTATE OF NEIL HARRIS, AND AS NEXT FRIEND OF MINORS O.H., A.H., AND B.H. recover her costs of this appeal from appellants SB PREMIUM, LLC D/B/A SUICIDE BUNNY, TIFFANY GRESHAM, LARRY SCOTT GRESHAM, SB PRODUCTS, SUICIDE BUNNY, AND WAGES AND WHITE LION INVESTMENTS, LLC, D/B/A TRITON DISTRIBUTORS.

–2–

Judgment entered this 27th day of September, 2021.